# Exhibit A



**Restrictive Housing Record**
Initial Health Record Review

Date notified: 11-9-16   Time notified: 0900

Existing medical conditions precluding housing in segregation:
☒ No   ☐ Yes   If yes, describe:

Currently receiving mental health services: ☒ No ☐ Yes
History of suicide watch or attempts? ☒ No ☐ Yes
Mental Health notified of admission to segregation:
☒ Yes   Date: 11-9-16   Time: 0900

Security notified:
☐ Not indicated ☒ Yes   Date: 11-9-16  Time: 0900
Currently on medications: ☒ No ☐ Yes
Arrangements made for medication administration: ☒ Not indicated ☐ Yes

Signature: RBm RN   Date: 11/9/16  Time: 0900

## Daily Visit Log

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | J | | J | J | | J | J | | | J | J | | TH | | J | J | J | | J | J | J | J | J | | |
| December | J | J | | J | J | J | J | J | | J | | J | J | J | | J | J | J | | J | J | J | J | J | | | | | | | |

Nurses sign & initial: Thomas RN / R. Smith LPN / T. Harris LPN

M-15

NAME: Washington, Brandon   I.D #: 283165   DOB: [redacted]   YEAR: 2016

CP60527AL-Restrictive Housing Record – ADOC Approved 04/2011   Revised 11/2014   M-15   © 2014 Corizon Health, Inc.

COR001

**Initial Health Review** — CORIZON HEALTH

Name: Washington, Brandon   AIS #: 283165

**Initial Assessment:** Date 11-9-14

**Vital Signs:** B/P 150/90   P 110   R 20   T 98   98.7

**Signs of Trauma:** Yes ✓   No ___   Describe: 2cm abrasion to (L) rib area.

**Health Record Review**

Illness, Identified By Master Problem List: ∅

ADL Needs/Concern (Addressed/Cleared by Physician): ∅

Mental Code: 0

Mental Health Notified on Date/Time: ___

Chronic Care Clinics: ∅

Current Medications: ∅

Time Patient was Assessed: 0940   Medical Records Reviewed: Yes ✓   No ___   Nurse's Signature: [signature] LPN

**Assessment:** A&Ox3. Resp. even + unlabored. 2cm abrasion to (L) rib area. NAD [signature] LPN

Profile Right or Left

Right or Left



**Restrictive Housing Record**  
**Initial Health Record Review**

**2016 ROLL OVER – SEE ORIGINAL**

Date notified: 11-9-16   Time notified: 0500

Existing medical conditions precluding housing in segregation:
☑ No  ☐ Yes   If yes, describe:

Currently receiving mental health services: ☑ No  ☐ Yes

History of suicide watch or attempts?  ☑ No  ☐ Yes

Mental Health notified of admission to segregation:
☑ Yes   Date: 11-9-16   Time: 0500

Security notified:
☐ Not indicated  ☑ Yes   Date: 11-9-16   Time: 0500

Currently on medications:  ☑ No  ☐ Yes

Arrangements made for medication administration: ☑ Not indicated  ☐ Yes

Signature  CThomas RN    Date 11-9-16  Time 0500

### Daily Visit Log

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January |  | J |  | J |  | J | RD | J |  | J | J | J | J |  |  | J | J | J |  | J | J | J |  | J | J | J | J |  |  |  |  |
| February | J |  | J | J | J |  | J | J | J | J |  |  | J | J | J | J |  |  | J | J | J | J |  |  | J | J |  |  |  |  |  |
| March | J | J | J | J | J |  |  | J | J | J |  |  | J | J | J | J | J | J |  | J | J | J | J |  | AW |  | AW | AW | J |  |  |
| April | J | J | J | J | MW | J | J |  |  | J | C J | J |  | J | DW DW |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| May |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| June |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| July |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| August |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| September |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| October |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| November |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| December |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Nurses sign & initial:  RDaniel LPN    RD    CThomas RN    J

M15

NAME: Washington Brandon   I.D.#: 293165   DOB: 4/25/86   YEAR: 2017



**Practitioner's Orders**

All orders will be generic unless specified by provider

| Patient Name: | Verbal / Telephone Orders   No / Yes   Per: |
|---|---|
| DOB:  ID# | |
| Housing Unit: | |
| Allergies: | |
| Noted By: | |
| Date:  Time: | Provider Signature   Date & Time: |

| Patient Name: | Verbal / Telephone Orders   No / Yes   Per: |
|---|---|
| DOB:  ID# | |
| Housing Unit: | |
| Allergies: | |
| Noted By: | |
| Date:  Time: | Provider Signature   Date & Time: |

| Patient Name: Washington Brandon | Verbal / Telephone Orders   No / Yes   Per: |
|---|---|
| DOB: [redacted]  ID# 283165 | Amoxicillin 500mg TID x 10 days |
| Housing Unit: Dorm | To: RBV DiKing / Ibed |
| Allergies: NKA | Follow up @ Dr Longue |
| Noted By: Ken | |
| Date: 11:10 am  Time: 6/23/17 | Provider Signature   Date & Time: 6/23/17 1329 |

| Patient Name: Washington Brandon | Verbal / Telephone Orders   ✗No / Yes   Per: |
|---|---|
| DOB: [redacted]  ID# 283165 | Amoxicillin 500mg TID x 7 Days |
| Housing Unit: Holman | Ibuprofen 400mg TID prn pain x 4 Days |
| Allergies: peanuts, carrots, corn, green leafy vegies | |
| Noted By: Stehuele PN | |
| Date: 2/16/16  Time: 1430 | Provider Signature   Date & Time: 2-16-16 2:33pm |

| Patient Name: Washington, Brandon | Verbal / Telephone Orders   No / Yes   Per: |
|---|---|
| DOB: [redacted]  ID# 283165 | profile II |
| Housing Unit: Holman | recheck 30d |
| Allergies: Peanut, Carrots, Corn, Green leafy veg. | |
| Noted By: R Wilson RN | |
| Date: 6/25/14  Time: 0806 | Provider Signature  Timothy M. XIII, M.D.   Date & Time: 6/24/14 |

CS1100-D

© 2012 Corizon Health, Inc.   All rights reserved.

COR004



**CORIZON HEALTH**

**Nursing Encounter Tool**
*Dental*

## Demographic/Vital Signs

Facility Name: SCCC   Location Seen: ___   Date Seen: 6/22/17   Time Seen: 1:10
Patient Name: Last Washington  First Brandi  MI ___  ID # 283165  DOB: [redacted]  Age: ___  ☐ Actual ☒ Reported
Vital Signs: T>100 ☐ P>100 ☐  T: 98°  P: 69  R: 16  SBP<100 ☐ BP: 137/68  Pulse Ox: ___ % ☐RA ☐O₂: ___ /lpm  Wt: 215
*Call Practitioner

Allergies: No anxxxx
Chronic care clinic: ☐ Y ☒ N   What Clinic(s): ___

### Subjective

Chief Complaint: upper tooth
Onset Date: last ___  Time: (if injury) ___
Have you had this problem before: ☒ Y ☐ N
Describe: ___

☒ Recent dental work? Date 6/1/17
Describe: ___

☒ Dental Pain
☒ Right upper back   ☐ Left upper back
☐ Right lower back   ☐ Left lower back
☐ Right upper front  ☐ Left upper front
☐ Right lower front  ☐ Left lower front

☒ Pain scale now 8 /10 at worst 10 /10
What makes it better: ___
What makes it worse: ___
☒ Aching ☒ Throbbing ☐ Dull
☒ Sharp ☐ Constant ☐ Intermittent
☐ Other: ___

**Associated Factors:**
☐ Sinus problems  ☐ Difficulty chewing
☐ Earache  ☐ Sore throat
☐ Sensitivity ☐ Hot ☐ Cold
☐ Does pain radiate? Where ___
☐ Swelling
☐ Dry mouth
☐ Drainage – bad taste in the mouth
☐ Fever

**Current Medications:** (mark all that apply)
☐ Anticoagulant: ___
☐ Aspirin ☐ NSAIDS: ___
☐ Other: ___

**Past Medical Conditions:**
☐ Endocarditis: (date) ___
☐ Artificial heart valve ☐ Heart condition from birth

Nurse signature: [signature]

### Objective

☐ Tooth knocked out?
Do you have the tooth? ☐ Y ☒ N
*If yes, and less than 1 hour handle tooth only by crown and place in cup of cold milk -or- saline solution and contact dentist.*

Face:
☒ Symmetric  ☐ Asymmetric

☐ Evidence of trauma/injury to jaw/face
Describe: ___

☒ Visual evidence of tooth decay/fracture
Describe: upper tooth jaw tooth

☒ Swelling/redness/pus surrounding affected tooth
Describe: upper jaw

☐ Jaw or facial swelling
Describe: ___

☐ Oral lesion
Describe: ___

☐ Open sore or lump
Describe: ___

☐ White patches on mouth, tongue or pharynx
☐ Pain upon opening jaw widely

Comments: Dr King called, New Order rec'd
Amoxicillin 500mg TID x 10 days

Print/stamp: [signature]

NA6232b
Issued 1/2013

Revised 8/2015

©2015 Corizon Health, Inc.
Page 1 of 2

COR005

# CORIZON HEALTH

## Nursing Encounter Tool
### Dental

Washington

**Patient** Last: Ri___ la   First: Brenda   ID Number: 283165

### ☐ Emergent Intervention

Practitioner notified: Olney   Time: 1120a

If CPR or AED is initiated use Emergency Response Form

- EMS process activated   Time: ___
- EMS arrival   Time: ___
- EMS transport   Time: ___
- Facility transported to: ___
- ☐ Other: ___

**COMMENTS:**

### ☐ Urgent Intervention-Contact Practitioner
Practitioner contact required due to: (check all that apply)

- ☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP <100
- ☐ Tooth found less than 1 hr after knocked out
- ☐ Significant injury/trauma to jaw
- ☐ Evidence of pus collection/swelling

- Reviewed with practitioner: ☐ MAR ☐ Medical record
- ☐ Contacted practitioner Name: ___ Time: ___
- ☐ Seen by practitioner Name: ___ Time: ___

Practitioner orders received ☒ Y ☐ N
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other: ___
☐ Read back practitioners orders

**COMMENTS/ORDERS**

### ☐ Nursing Intervention

**CONTINUITY OF CARE**
- ☐ Apply cold compress PRN for minor trauma
- ☐ Suggest warm rinses PRN
- ☐ Nurse follow up scheduled
- ☐ Referral to practitioner for white patches/lesions in the mouth
- ☒ Referral to practitioner for current presenting complaint
- ☐ Referral to practitioner multiple visits for same complaint
- ☐ Referred to practitioner for evaluation of enrollment in CCC
- ☐ Referral to practitioner for current presenting complaint
- ☐ No further follow up needed at this time

**MEDICATION**
- ☐ OTC medication per site guideline
  List: Acetaminophen or Ibuprofen
- ☐ KOP
- ☐ Medication administered
- ☐ Medication noted on MAR

Do not apply warm compress to face for dental abscess

**PATIENT EDUCATION**
- ☒ Patient educated to contact medical if symptoms develop or worsen
- ☐ Written information provided   ☒ Verbal information given
- ☐ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

**COMMENTS:**

Nurse signature: Reid    Print/stamp: Reid    Date/time: 6/22/17 1110

NA6232b
Issued 1/2013
Revised 8/2015
©2015 Corizon Health, Inc.
Page 2 of 2

COR006




# Alabama Department of Corrections
## Sick Call Request

**Reason for Sick Call Request:**
DENTIST: BAD toothache, Left & Right At the Top. Hole in Tooth.

Name (print): Brandon Washington   AIS# 283165   Date of Birth: _____
Institution: St Clair C.F.   Housing Area: Q1-L6   Date: 5/18/17

Sick Call Form Collected by Health Staff: _____ (initials) Title: _____ Date: _____ Time: _____

**Request Triaged** (check as appropriate):

A. ___ Sick Call Nurse Encounter Not Required
  (1) ___ Referring to Chronic Care Manager
  (2) ___ Written Response/Instruction Being Provided

B. ___ Nurse Sick Call Encounter Required
  (1) ___ Bring to HCU at this time for further evaluation
  (2) ___ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: _____   Date: _____

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ___ Resolved by Nurse Encounter
Co-Pay Fee **Incurred:**
  ✓ $4.00 - Nurse
  ≥ $4.00 – OTC(s); If Restrictive Housing-no OTC charge
  ___ $4.00 – Scheduled but Refused Encounter

2 ___ Referral for follow up required; to be scheduled
  (a) ~~Medical Provider~~ cluz
  (b) ✗ Dental Clinic
  (c) ___ Mental Health Services
  (d) ___ Other: _____

Inmate Name: Brandon Washington   AIS#: 283165

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

COR007



**CORIZON HEALTH**

**Nursing Encounter Tool**
*Dental*

## Demographic/Vital Signs

| Facility Name: | NCCF | Location Seen: | C | Date Seen: | 5-22-17 | Time Seen: | 1036 |

Patient Name: Last: Washington   First: Brandon   MI:   ID #: 203165   DOB: [redacted]

Vital Signs: T: 98.1   P: 60   R: 16   BP:   Pulse Ox: 98 % ☐RA ☐O₂:   /lpm   Wt: 277   ☑ Actual ☐ Reported

*T>100  *P>100  *SBP<100  *Call Practitioner

Allergies: peanuts, carrots, corn, green leafy vegetables

Chronic care clinic: ☐Y ☑N   What Clinic(s):

## Subjective

Chief Complaint: (illegible) toothache (illegible)
Onset Date: past (illegible), Time: (if injury)
Have you had this problem before: ☑Y ☐N
Describe:

☐ Recent dental work? Date _____
Describe:

☑ Dental Pain
☑ Right upper back   ☑ Left upper back
☐ Right lower back   ☐ Left lower back
☐ Right upper front  ☐ Left upper front
☐ Right lower front  ☐ Left lower front

☑ Pain scale now _____ /10 at worst _____ /10
What makes it better: tissue in hole
What makes it worse: chewing there
☑ Aching ☑ Throbbing ☑ Dull
☑ Sharp ☐ Constant ☑ Intermittent
☐ Other:

**Associated Factors:**
☐ Sinus problems ☑ Difficulty chewing
☐ Earache ☐ Sore throat
☑ Sensitivity ☑ Hot ☑ Cold #2 & cold #19
☑ Does pain radiate? Where @ face/jaw/ear
☐ Swelling
☐ Dry mouth
☐ Drainage – bad taste in the mouth
☐ Fever

**Current Medications:** (mark all that apply)
☐ Anticoagulant:
☐ Aspirin ☐ NSAIDS:
☐ Other:

**Past Medical Conditions:**
☐ Endocarditis: (date)
☐ Artificial heart valve ☐ Heart condition from birth

## Objective

☐ Tooth knocked out?
Do you have the tooth? ☐ Y ☐ N
If yes, and less than 1 hour handle tooth only by crown and place in cup of cold milk -or- saline solution and contact dentist.

Face:
☑ Symmetric ☐ Asymmetric

☐ Evidence of trauma/injury to jaw/face
Describe:

☑ Visual evidence of tooth decay/fracture
Describe: #2 & #19 perhaps

☐ Swelling/redness/pus surrounding affected tooth
Describe:

☐ Jaw or facial swelling
Describe:

☐ Oral lesion
Describe:

☐ Open sore or lump
Describe:

☐ White patches on mouth, tongue or pharynx
☐ Pain upon opening jaw widely
Comments:

Nurse signature: (signature)
Print/stamp: C Bixler R

NA6232b
Issued 1/2013
Revised 8/2015
©2015 Corizon Health, Inc.
Page 1 of 2

COR008



# Nursing Encounter Tool
## Dental

**Patient** Last: Washington  First: Brandon  ID Number: 203165

☐ **Emergent Intervention**

Practitioner notified: _____ Time: _____

If CPR or AED is initiated use Emergency Response Form

EMS process activated   Time: _____
EMS arrival             Time: _____
EMS transport           Time: _____
Facility transported to: _____
☐ Other: _____

**COMMENTS:**

☐ **Urgent Intervention-Contact Practitioner**
Practitioner contact required due to: (check all that apply)

☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP <100
☐ Tooth found less than 1 hr after knocked out
☐ Significant injury/trauma to jaw
☐ Evidence of pus collection/swelling

Reviewed with practitioner: ☐ MAR ☐ Medical record
☐ Contacted practitioner Name: _____ Time: _____
☐ Seen by practitioner Name: _____ Time: _____

Practitioner orders received ☐ Y ☐ N
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other:

☐ Read back practitioners orders

**COMMENTS/ORDERS**

☑ **Nursing Intervention**

### CONTINUITY OF CARE

☐ Apply cold compress PRN for minor trauma
☐ Suggest warm rinses PRN
☐ Nurse follow up scheduled
☐ Referral to practitioner for white patches/lesions in the mouth
☐ Referral to practitioner for current presenting complaint
☐ Referral to practitioner multiple visits for same complaint
☐ Referred to practitioner for evaluation of enrollment in CCC
☑ Referral to practitioner for current presenting complaint
☐ No further follow up needed at this time

### MEDICATION

☑ OTC medication per site guideline
List: Acetaminophen or (Ibuprofen)

☑ KOP
☐ Medication administered
☑ Medication noted on MAR

Do not apply warm compress to face for dental abscess

### PATIENT EDUCATION

☑ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided  ☐ Verbal information given
☐ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

**COMMENTS:**

Nurse signature: _____   Print/stamp: C Bader R   Date/time: 5-22-17

NA6232b
Issued 1/2013

Revised 8/2015

©2015 Corizon Health, Inc.
Page 2 of 2

COR009

# Alabama Department of Corrections
## Intra-System Transfer / Receiving Screening

Sending Institution: Holman
Receiving Institution: SCCF

Date: 4/17/17   Time: 0400 AM
Date: 4/17/17   Time: 1630

Known Allergies: NKDA – Peanuts, Carrots, Corn, Green Leafy vegetables

All Health Record(s) Received: ✓ Yes __ No (call for if not)

Date of Last Periodic Health Screening: ___

Temp: 98.6   B/P: 140/74   Pulse: 101   Resp: 20

PPD / TB Screening Results: 0mm   Date: 7/17/15

O2 Saturation: 97 %   Weight: 220 lbs.

Current MH Code: 0   Current HC Code: 1

S – "I'm Fine"

Current Rx: 0 medication

O – A&Ox3; No Acute distress Noted or Voiced

A – Risk for Stress r/t Transfer in/

Current Treatments: None

Number of Rx Cards Received: ___ or ✓ n/a

Other Rx Received: ___

___ or ✓ n/a

Chronic Care Clinic Enrollment(s): N/A

Medications sent to Pharmacy or are KOP: ✓ n/a __ Yes

If KOP: ___
Received by / *Inmate Signature*

Next CCC visit is due: None

Current Mental Health Needs: None

Access to Care at this institution discussed and written instruction provided: ✓ Yes

[signature]
Acknowledged by / *Inmate Signature*

Next Mental Health follow-up is due: None

Plan:
Treatment Sheet to Clinic Nurse:   ✓ n/a ___ Yes

Current Diet Ordered: Regular

Chronic Care Referral to CCC Nurse:   ___ n/a ✓ Yes
Mental Health Referral Processed:   ___ n/a ✓ Yes

Special Housing Required: None

Medical Referral Processed:   ___ n/a ✓ Yes
Dental Referral Processed:   ___ n/a ✓ Yes

Physical Accommodations Required: None

Special Diet order sent to kitchen:   ✓ n/a ___ Yes
On-Site Provider Referral Processed: ✓ not indicated or;
___ Yes / Medical; date scheduled: ___
___ Yes / Dental; date scheduled: ___

Prescription Rx Sent:   ___ n/a ___ Yes ✓ No

___ Yes / Mental Health; date scheduled: ___
Pending off-site consults scheduled:
✓ n/a ___ Yes (by Admin. Assist.)

Number of Cards: ___
(Note if written prescription/s sent)

On-site Provider notified and is scheduled to see this inmate (every 30 days from the date the consult was originally ordered – until the pending appointment is met)
on: ___ (scheduled date).

Other Rx sent: ___
(Do not send actual narcotics – prescription only)

Nurse Sick-Call required: ___ PRN
___ Yes / date scheduled: ___

Health Record(s) Sent: ✓ Yes (ADOC Intra-System only)
Number of Volumes: ___

Special housing accommodation required: ✓ No ___ Yes
If yes, ADOC notified in writing: ___ Yes

___ No (non-ADOC system)

[signature]   4/17/17
Nurse Signature / Title   Date

[signature]   4/17/17
Nurse Signature / Title   Date

Inmate Name: Washington, Brandon     AIS# 283165   D.O.B. [redacted]

CP70009-AL Transfer & Receiving Screening Form, re-issue 6/5/2014   (White – Medical Jacket; Yellow – Transfer Coordination)

ADOC – Office of Health Services; Form E-3-a (attach and use Nurse Progress Note if additional space is needed).
File form E-3-a (and any attachments) in the ADOC Inmate Health Record under the Nurses Progress Notes chart tab.

COR010




# Alabama Department of Corrections
## Sick Call Request

**Reason for Sick Call Request:** Really bad toothache and bleeding gums earache and throat pain. Also knee pain and hip pain Elbow And Wrist pain as well

**Name (print):** Brandon Washington  **AIS #** 28365  **Date of Birth:** [redacted]
**Institution:** Holman  **Housing Area:** M-15  **Date:** 2-13-17

**Sick Call Form Collected by Health Staff:** ___ (initials) **Title:** LPN **Date:** 2-14-17 **Time:** 0250

**Request Triaged** (check as appropriate):

A. ___ Sick Call Nurse Encounter Not Required
   (1) ___ Referring to Chronic Care Manager
   (2) ___ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required
   (1) ___ Bring to HCU at this time for further evaluation
   (2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

**Signature/Title:** Grayson  **Date:** 2-14-17

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ___ Resolved by Nurse Encounter
**Co-Pay Fee Incurred:**
___ $4.00 - Nurse
___ $4.00 – OTC(s); If Restrictive Housing-no OTC charge
___ $4.00 – Scheduled but Refused Encounter

2 ___ Referral for follow up required; to be scheduled
   (a) ___ Medical Provider
   (b) ___ Dental Clinic
   (c) ___ Mental Health Services
   (d) ___ Other: _____

**Inmate Name**  **AIS#**

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

COR011

**CORIZON**

Alabama Department of Corrections
**Inmate Body Chart Documentation Form**

Institution: Holman  Date: 1/30/17  Time: 0730

Individual Requesting Body Chart (print name): Favl  Title: Sgt

Inmate statement:
" I dont need a body chart "

Description of markings:
pt refused body chart. Redness noted to eyes

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): [signature]  Date: 1/30/17  Time: 0730

Inmate Name: Washington, Brandon  AIS #: 283165  DOB: [redacted]

CP70007AL
Issued 8/2014

File: Original-Inmate Health File  Copy: ADOC Official
ADOC Office of Health Services  Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.

COR012



## CORIZON HEALTH — Nursing Encounter Tool — *Chest Pain*

### Demographic/Vital Signs

| Field | Value |
|---|---|
| Facility Name | Holman |
| Location Seen | HU |
| Date Seen | 11/15/16 |
| Time Seen | 7:40 |
| Patient Name (Last) | Washington |
| First | Brandon |
| MI | |
| ID # | 287165 |
| DOB | [redacted] |
| Vital Signs | T: 98.2  P: 103  R: |
| *SBP<100 | BP: 153/97 |
| Pulse Ox | 98% ☑RA ☐O₂ /lpm |
| Wt | 145 ☑Actual ☐Reported |
| Allergies | Walnuts |
| Chronic care clinic | ☐Y ☑N   What Clinic(s): |

### Subjective

**Chief Complaint:** Chest Pain
**Onset Date:** 11/15/16  Time: ___
Have you had this problem before: ☐Y ☐N
Describe: ___
Recent injury/trauma to chest: ☑Y ☐N
Explain: "They beat my ass"

**Chest Pain:**
☑ Pain scale: now 10/10  at worst 10/10
What makes it better: bending over
What makes it worse: laying down
☑ Sharp/stabbing  ☐ Worse with deep breathing
☐ Radiation ☐ Neck ☐ Jaw ☐ Arm
☐ Crushing ☐ Heaviness ☐ Tightness
☐ Constant ☐ Intermittent

**Associated Factors:**
☐ Lightheaded ☑ Fainting ☐ Sweating
☐ Nausea/vomiting ☐ Anxiety
☐ Fever ☐ Shortness of breath
☐ Cough ☐ Productive ☐ Nonproductive

**Other Factors:**
☑ Smoking ___ ppd/ ___ yrs
☐ Recent respiratory infection   ☐ Recent cocaine use
☐ Foreign substance ☐ Ingested ☐ Inhaled ☐ Injected
What: ___

**Current Medications:** (mark all that apply)
Pull current MAR, copy and attach
☐ Aspirin ☐ Nitroglycerin
☐ Anticoagulants
☐ Oral contraceptives ☐ Heart or BP meds
☐ Other: ___
☐ New medication within past 30 days?
What Medication? ___

**Pertinent Medical Conditions:**
☐ High cholesterol ☐ High blood pressure
☐ CHF ☐ Stroke ☐ Previous MI ☐ Heartburn/GERD
☐ Pacemaker ☐ Stent ☐ CAD
☐ Diabetes ☐ Cardioversion
☐ Atrial fibrillation ☐ Internal defibrillator
☐ History of blood clots in the lungs
☐ History of blood clots in the legs
☐ Cardiac surgery  What: ___
When: ___

**Family History**
☐ Cardiac  Who: ___  Age at onset: ___

### Objective

**Apical pulse:** ___

**Respiratory:**
☑ Normal
☐ Cough ☐ Labored ☐ SOB
☐ Stridor ☐ Accessory muscle use

**Lung sounds:**
R Lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ Wet
L Lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ Wet

**Pulse:**
☐ Regular ☐ Irregular ☐ Strong
☐ Weak ☐ Thready ☐ Bounding

**Skin:**
☑ Warm
☑ Dry
☐ Pale
☐ Red
☐ Cold
☐ Clammy

**Abdomen:**
☑ Soft non-tender ☐ Distended ☐ Hard ☐ Tender
☐ Rebound tenderness ☐ Guarding

**Lower extremities:**
☑ Pedal Pulse  ☑ Left ☑ Right (Dorsalis pedis)
☐ Pitting Edema  ☐ Left ___(+) ☐ Right ___(+)
☐ Tenderness  ☐ Left ☐ Right

**Tests:**
☐ Fingerstick result ___ (Diabetics)
☐ EKG (All)

**Comments:** ___

Nurse signature: ___    Print/stamp: L. [illegible]



**Nursing Encounter Tool**
*Chest Pain*

| Patient | Last: Washington | First: Brandon | ID Number: 283165 |

### ☐ Emergent Intervention

Practitioner notified: _____ Time: _____

If CPR or AED is initiated use Emergency Response Form

EMS process activated   Time: _____
EMS arrival   Time: _____
EMS transport   Time: _____
Facility transported to: _____
☐ Other: _____

**COMMENTS:**

### ☑ Urgent Intervention-Contact Practitioner

Practitioner contact required due to: (check all that apply)

☐ Call practitioner for any chest pain
☐ Abnormal vital signs (*Rule of 100s*)T>100, P>100, SBP<100
☐ Abnormal fingerstick, Diabetic <70 or > 240
☐ Abnormal EKG
☐ Other: _____
Reviewed with practitioner: ☐ MAR   ☐ Medical record
☐ Seen by practitioner  Name: _____ Time: _____

Practitioner Orders Received ☐ Y ☐ N
☐ Read back practitioners orders
Disposition ☐Return to unit ☐Monitor/Observation ☐ Admit to infirmary ☐ Other: _____

**COMMENTS/ORDERS:**

MD on site

### ☐ Nursing Intervention

**CONTINUITY OF CARE**

☐ Nurse follow up scheduled
☐ Referral to practitioner for current presenting complaint
☐ Referral to practitioner for multiple visits for same complaint
☐ Referred to practitioner for evaluation of enrollment in CCC
☐ Custody notified of special needs
☑ No further follow up needed at this time

**MEDICATION**

☐ O₂ @ _____ LPM via _____
☐ OTC medication per site guideline
List: Nitroglycerin, if allergic get order from practitioner, Acetylsalicylic Acid
☐ KOP
☐ Medication noted on MAR

**PATIENT EDUCATION**

☑ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided   ☑ Verbal information given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

**COMMENTS:**

| Nurse signature: J. Young | Print/stamp: T. Young | Date/time: 11/15/16 17:40 |

NA6251b
Issued 1/2013
Revised 8/2015
©2015 Corizon Health, Inc.
Page 2 of 2

COR014



# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** Rib Pain

**Name (print):** Washington, Braudon  **AIS #** 0231165  **Date of Birth:** ▮▮▮
**Institution:** Holman  **Housing Area:** M 15  **Date:** 11|

**Sick Call Form Collected** by Health Staff: ___2X___ (initials) Title: __PN__ Date: 11/15/16 Time: 1750

**Request Triaged** (check as appropriate):

A. ✓ Sick Call Nurse Encounter **Not** Required
    (1) ___ Referring to Chronic Care Manager
    (2) ___ Written Response/Instruction Being Provided

B. ___ Nurse Sick Call Encounter Required
    (1) ___ Bring to HCU at this time for further evaluation
    (2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

**Signature/Title:** _____ LPN  **Date:** 11/15/16

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1. ___ Resolved by Nurse Encounter
2. ___ Referral for follow up required; to be scheduled
    (a) ___ Medical Provider
    (b) ___ Dental Clinic
    (c) ___ Mental Health Services
    (d) ___ Other: _____

**Co-Pay Fee Incurred:**
___ $4.00 - Nurse
___ $4.00 – OTC(s); If Restrictive Housing-no OTC charge
___ $4.00 – Scheduled but Refused Encounter

Inmate Name  AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

COR015

**CORIZON**
HEALTH

Alabama Department of Corrections
**Inmate Body Chart Documentation Form**

Institution: Holman

Date: 11/9/16   Time: 0900

Individual Requesting Body Chart (print name): Cert

Title: OQU

Inmate statement:
" Ribs sore                                                                 "

Description of markings:

T. 98.1   P 110   Sat 99%   BP 115/90   R 20
2 cm abrasion to (L) Rib area superficial & active
bleeding

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): L. Dix

Date: 11/9/16   Time: 0900

Inmate Name: Washington, Brandon   AIS #: 283165   DOB: [redacted]

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.

COR016

 Alabama Department of Corrections
**Sick Call Request** 

**Reason for Sick Call Request:**
Swollen Right Thumb and Hand, Need X-Rays

Name (print): Brandon Washington   AIS #: 283165   Date of Birth: [redacted]
Institution: Holman   Housing Area: B-35   Date: 5-17-16

Sick Call Form Collected by Health Staff: GB (initials)   Title: RN   Date: 5/19/16   Time: 1255

**Request Triaged** (check as appropriate):

A. ___ Sick Call Nurse Encounter **Not** Required
   (1) ___ Referring to Chronic Care Manager
   (2) ___ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required
   (1) ___ Bring to HCU at this time for further evaluation
   (2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: G Gray РN   Date: 5/19/16

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1  ___ Resolved by Nurse Encounter
   **Co-Pay Fee Incurred:**
   ___ $4.00 – Nurse
   ___ $4.00 – OTC(s); If Restrictive Housing-no OTC charge
   ___ $4.00 – Scheduled but Refused Encounter

2  ___ Referral for follow up required; to be scheduled
   (a) ___ Medical Provider
   (b) ___ Dental Clinic
   (c) ___ Mental Health Services
   (d) ___ Other: _____

Inmate Name                                                         AIS#

ADOC-OHS form E-7 (a) 022013   Distribution: Original (page 1)-Inmate Health Record   © 2014 Corizon Health, Inc.
CP7166AL                       Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014   Copy (page 2)-inmate post health review

COR017



**RELEASE OF RESPONSIBILITY**

Washington, Brandon        2-21-17 / 0830
Name of Inmate                  Date/Time

283165
Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

Sick-Call

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

X [signature] 283165        2-21-17 / 0830
Inmate Signature                Date/Time
[signature] CG
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

CP7120AL
Issued 2/21/09                Revised 11/2015        © 2015 Corizon Health, Inc.
                                                      ADOC 010-127-004 –reviewed 012109

COR018