IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON WASHINGTON, <br> AIS #283165, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON DUNN, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:17-cv-00095-KD-MU <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

COMES NOW Bettie J. Carmack and hereby informs this Court that she is counsel of record for Former Correctional Sergeant Terry Edwards. Service may be made at the address below.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

*/s/ Bettie J. Carmack*
Bettie Carmack (CAR-132)
Assistant Attorney General
Attorney for the Served ADOC Defendants
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300 (T)
(334) 353-8400 (F)
Bettie.Carmack@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

I certify that I have on January 8, 2020, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

**Inmate Brandon Washington
AIS #283165
Holman Correctional Facility
1000 St. Clair Road
Atmore, AL 36503-3700**

/s/*Bettie J. Carmack*
Bettie J. Carmack
*Assistant Attorney General*