# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRANDON WASHINGTON,** | ) | |
| **AIS #283165,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.:  1:17-cv-00095-KD-MU** |
| | ) | |
| **JEFFERSON DUNN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ANSWER OF TERRY EDWARDS

**COME NOW, Terry Edwards**, by and through the Honorable Steve Marshall, Attorney General for the State of Alabama, by and through Assistant Attorney General Bettie J. Carmack, and hereby file this, their ANSWER, in the above-styled case and state as follows:

1.  The Defendant asserts that the complaint fails to state a cause of action upon which relief can be granted.

2.  The Defendant asserts that the Plaintiff's claims are frivolous.

3.  The Defendant asserts that she has not violated any of the Plaintiff's constitutional rights.

4.  The Defendant asserts that she is immune from civil action under the shields of Qualified Immunity and Eleventh Amendment Immunity.

5.  The Defendant asserts that this civil action is barred by the Prison Litigation Reform Act.

6.  The Defendant asserts that the Plaintiff's claims lack merit.

7.  The Defendant asserts that there is no Respondeat Superior liability in a §1983 lawsuit.

8.  The Defendant denies each and every material allegation of the complaint and demand strict proof thereof.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL


/s/ Bettie J. Carmack
Bettie Carmack (CAR-132)
Assistant Attorney General
Attorney for the Served ADOC Defendants
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300 (T)
(334) 353-8400 (F)
Bettie.Carmack@AlabamaAG.gov


## CERTIFICATE OF SERVICE

I certify that I have on January 9, 2020, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

**Inmate Brandon Washington**
**AIS #283165**
**Holman Correctional Facility**
**1000 St. Clair Road**
**Atmore, AL 36503-3700**


/s/Bettie J. Carmack
Bettie J. Carmack
*Assistant Attorney General*