## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **BRANDON WASHINGTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **CIVIL ACTION NO.: 1:17-cv-00095-KD-MU** |
| | ) |
| **JEFFERSON DUNN, et al** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF APPEARANCE

COME NOW H. William Wasden, Michael D. Strasavich and Taylor B. Johnson of the law firm Burr & Forman LLP and file their appearances as counsel of record for Defendants Charles Arthur, Jeffery Baldwin, Daryl Brown, Jermaine Bullard, Grantt Culliver, David Dennis, Jefferson Dunn, Ernest Duren, Akeem Edmonds, Terry Edwards, Darryl Fails, Henry Finklea, Demetrives Fleeton, Danny Fountain, Marcus Gaston, James Griffin, Anthony Hadley, Michael Harrison, Teddy Jones, Ashley Kidd, Dejour Knight, Aaron Lewis, Jasper Luitze, Antonio McClain, Larry McCovery, Nathan McQuirter, Cordaro Melton, Phillip Mitchell, Mallorie Mixon, Jason Norris, Alfie Pacheco, Omar Parker, Gregory Patterson, John Pryor, Terry Raybon, Timothy Robinson, Clifton Sanders, Gary Scarborough, Otis Smith, Samuel Snelson, Jesse Stanford, Cynthia Stewart, William Streeter, Steve Terry, Corbin Tunstall, Timothy Vignolo, Bradley Walker, Dominic Whitley, and Jesse Wilson in the above-styled matter.

Such appearances do not waive any defense which may be available to any or all of the aforementioned defendants, including but not limited to lack of service and/or immunity.

Respectfully submitted this the 29th day of January, 2020.

*/s/ H. William Wasden*
H. William Wasden (WASDH4276)

*/s/ Michael D. Strasavich*
Michael D. Strasavich (STRAM9557)

*/s/ Taylor B. Johnson*
Taylor Barr Johnson (BARRT8851)

*Attorneys for Defendants*

*Charles Arthur, Jeffery Baldwin, Daryl Brown, Jermaine Bullard, Grantt Culliver, David Dennis, Jefferson Dunn, Ernest Duren, Akeem Edmonds, Terry Edwards, Darryl Fails, Henry Finklea, Demetrives Fleeton, Danny Fountain, Marcus Gaston, James Griffin, Anthony Hadley, Michael Harrison, Teddy Jones, Ashley Kidd, Dejour Knight, Aaron Lewis, Jasper Luitze, Antonio McClain, Larry McCovery, Nathan McQuirter, Cordaro Melton, Phillip Mitchell, Mallorie Mixon, Jason Norris, Alfie Pacheco, Omar Parker, Gregory Patterson, John Pryor, Terry Raybon, Timothy Robinson, Clifton Sanders, Gary Scarborough, Otis Smith, Samuel Snelson, Jesse Stanford, Cynthia Stewart, William Streeter, Steve Terry, Corbin Tunstall, Timothy Vignolo, Bradley Walker, Dominic Whitley, and Jesse Wilson*

**OF COUNSEL:**
**BURR & FORMAN LLP**
11 N. Water Street, Suite 22200
Mobile, AL 36602
Tel: 251-344-5151
Fax: 251-344-9696
bwasden@burr.com
mstrasavich@burr.com
tjohnson@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by electronically filing same with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the below named counsel of record herein, on this the 29th day of January, 2020.

Henry H. Brewster
Henry Brewster, LLC
205 N. Conception Street
Mobile, AL 36603
251-338-0630
Fax: 251-338-0632
Email: hbrewster@brewsterlaw.net

Judson Eric Crump
Judson E. Crump, PC
250 Congress St
Mobile, AL 36603
251-272-9148
Email: judson@judsonecrump.com

Stephen Rogers
Maynard, Cooper & Gale
655 Gallatin Street
Huntsville, AL 35801
256-551-0171
Fax: 256-512-0119
Email: srogers@maynardcooper.com

*/s/ H. William Wasden*
H. William Wasden  (WASDH4276)


*/s/ Michael D. Strasavich*
Michael D. Strasavich (STRAM9557)


*/s/ Taylor B. Johnson*
Taylor Barr Johnson (BARRT8851)