IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON WASHINGTON, ) | |
| AIS #283165, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 1:17-cv-00095-KD-MU |
| ) | |
| JEFFERSON DUNN, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Assistant Attorney General Bettie Carmack, and respectfully requests that this Honorable Court remove her as counsel of record for the following Defendants: Charles Arthur, Jeffery Baldwin, Darryl Brown, Jermaine Bullard, Grant Culliver, Jefferson Dunn, Duren, Akeem Edmonds, Terry Edwards, Darryl Fails, Harry Finklea, Demetrives Fleeton, Danny Fountain, Marcus Gaston, James Griffin, Anthony Hadley, Michael Harrison, Teddy Jones, Ashley Kidd, Aaron Lewis, Jasper Luitze, Antonio McClain, Larry McCovery, Nathan McQuirter, Cordaro Melton, C. Mitchell, Mixon, Jason Norris, Officer Scarborough, Alfie Pacheco, Omar Parker, Gregory Patterson, John Pryor, Terry Raybon, Timothy Robinson, Clifton Sanders, Smith, Samuel Snelson, Jesse Stanford, Cynthia Stewart, William Streeter, Steve Terry, J. Corbin Tunstall, Timothy Vignolo, Bradley Walker, Dominic Whitley, Jesse Wilson.  These Defendants will be represented by H. William Wasden, Michael D. Strasavich and Taylor Barr Johnson who already filed their notice of appearance.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

/s/ Bettie J. Carmack
Bettie Carmack (CAR-132)
Assistant Attorney General
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 353-5305 (T)
(334) 353-8400 (F)
Bettie.Carmack@AlabamaAG.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on January 31, 2020 electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of same to Phillip Guy Piggott, Esq. – Counsel for the Medical Defendants.  I further certify that I have mailed a copy of the foregoing to the following non-CM/ECF participants:

**Inmate Brandon Washington**
**AIS #283165**
**Holman Correctional Facility**
**1000 St. Clair Road**
**Atmore, AL 36503-3700**

/s/ Bettie J. Carmack
Bettie Carmack (CAR-132)