THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON WASHINGTON, #283165,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:17-CV-00095-KD-MU |
| **JEFFERSON DUNN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF SERVICE OF DISCOVERY**

COME NOW Defendants Charles Arthur, Jeffery Baldwin, Daryl Brown, Jermaine Bullard, Grantt Culliver, David Dennis, Jefferson Dunn, Ernest Duren, Akeem Edmonds, Terry Edwards, Darryl Fails, Henry Finklea, Demetrives Fleeton, Danny Fountain, Marcus Gaston, James Griffin, Anthony Hadley, Michael Harrison, Teddy Jones, Ashley Kidd, Dejour Knight, Aaron Lewis, Jasper Luitze, Antonio McClain, Larry McCovery, Nathan McQuirter, Cordaro Melton, Phillip Mitchell, Mallorie Mixon, Jason Norris, Alfie Pacheco, Omar Parker, Gregory Patterson, John Pryor, Terry Raybon, Timothy Robinson, Clifton Sanders, Gary Scarborough, Otis Smith, Samuel Snelson, Jesse Stanford, Cynthia Stewart, William Streeter, Steve Terry, Corbin Tunstall, Timothy Vignolo, Bradley Walker, Dominic Whitley, and Jesse Wilson ("DOC Defendants"), by and through their undersigned counsel of record, and give notice of service to the Court of the following discovery on all counsel of record:

1)   Defendants' Responses and Objections to Plaintiff's Request for Production of Documents.

Done this the 31st day of January, 2020.

/s/ H. William Wasden
H. William Wasden  (WASDH4276)
Michael D. Strasavich (STRAM9557)
Taylor Barr Johnson (BARRT8851)

*Attorneys for Defendants*

*Charles Arthur, Jeffery Baldwin, Daryl Brown, Jermaine Bullard, Grantt Culliver, David Dennis, Jefferson Dunn, Ernest Duren, Akeem Edmonds, Terry Edwards, Darryl Fails, Henry Finklea, Demetrives Fleeton, Danny Fountain, Marcus Gaston, James Griffin, Anthony Hadley, Michael Harrison, Teddy Jones, Ashley Kidd, Dejour Knight, Aaron Lewis, Jasper Luitze, Antonio McClain, Larry McCovery, Nathan McQuirter, Cordaro Melton, Phillip Mitchell, Mallorie Mixon, Jason Norris, Alfie Pacheco, Omar Parker, Gregory Patterson, John Pryor, Terry Raybon, Timothy Robinson, Clifton Sanders, Gary Scarborough, Otis Smith, Samuel Snelson, Jesse Stanford, Cynthia Stewart, William Streeter, Steve Terry, Corbin Tunstall, Timothy Vignolo, Bradley Walker, Dominic Whitley, and Jesse Wilson*

**OF COUNSEL:**
**BURR & FORMAN LLP**
11 N. Water Street, Suite 22200
Mobile, AL 36602
Tel:    251-344-5151
Fax:    251-344-9696
bwasden@burr.com
mstrasavich@burr.com
tjohnson@burr.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 31st day of January, 2020, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed those non CM/ECF participants:

Henry H. Brewster
Henry Brewster, LLC
205 N. Conception Street
Mobile, AL 36603
251-338-0630
Email: hbrewster@brewsterlaw.net

Judson Eric Crump
Judson E. Crump, PC
250 Congress St
Mobile, AL 36603
251-272-9148
Email: judson@judsonecrump.com

Stephen Rogers
Maynard, Cooper & Gale
655 Gallatin Street
Huntsville, AL 35801
256-551-0171
Email: srogers@maynardcooper.com

                                              */s/ H. William Wasden*
                                              Of Counsel