# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON WASHINGTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) CASE NO. 1:17-cv-00095-MU |
| **DAVID DENNIS, ERNEST DUREN,** | ) |
| **NATHAN MCQUIRTER, JR., ALFIE** | ) |
| **PACHECO, WILLIAM STREETER,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' REQUESTED JURY CHARGE NO. 19

The elements of an assault and battery claim are:

An intentional, unlawful offer to touch the person of another in a rude or angry manner under such circumstances as to create in the mind of the party alleging the assault a well-founded fear of an imminent battery, coupled with the apparent present ability to effectuate the attempt if not prevented. A successful assault becomes a battery, which consists of the touching of another in a hostile manner.

_____

*Wright v. Wright*, 654 So.2d 542, 544 (Ala. 1995); *Allen v. Walker*, 569 So. 2d 350, 351 (Ala. 1990); *Holcombe v. Whitaker*, 294 Ala. 430, 435, 318 So. 2d 289, 294 (Ala. 1975).

GIVEN  _____

REFUSED  _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON WASHINGTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:17-cv-00095-MU |
| **DAVID DENNIS, ERNEST DUREN,** | ) |
| **NATHAN MCQUIRTER, JR., ALFIE** | ) |
| **PACHECO, WILLIAM STREETER,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' REQUESTED JURY CHARGE NO. 20

Plaintiff claims the Defendants committed an assault and battery on him. The required elements of an assault and battery claim are:

An intentional, unlawful offer to touch the person of another in a rude of angry manner under such circumstances as to create in the mind of the party alleging the assault a well-founded fear of an imminent battery, coupled with the apparent present ability to effectuate the attempt if not prevented. An assault becomes a battery, which consists of touching another in a hostile manner.

The evaluation of whether an assault and battery took place mirrors the issue of whether excessive force was used.

---

*Wright v. Wright*, 654 So. 2d 542 (Ala. 1995); *Allen v. Walker*, 569 So. 2d 350, 351 (Ala. 1990); *Holcombe v. Whitaker*, 294 Ala. 430, 435, 318 So. 2d 289, 294 (Ala. 1975); *Rogers v. City of Selma*, 178 F. Supp. 3d 1222, 1247 (S.D. Ala. 2016).

GIVEN     _____

REFUSED   _____

48741088 v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON WASHINGTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:17-cv-00095-MU |
| **DAVID DENNIS, ERNEST DUREN,** | ) |
| **NATHAN MCQUIRTER, JR., ALFIE** | ) |
| **PACHECO, WILLIAM STREETER,** | ) |
| | ) |
| **Defendants.** | ) |

## **VERDICT FORM**

We, the jury, find in favor of the Plaintiff and against the following Defendants as indicated below:

☐ David Dennis
☐ Ernest Duren
☐ Nathan McQuirter, Jr.
☐ Alfie Pacheco
☐ William Streeter

and assess compensatory damages against the indicated Defendants in the amount of

$_____ and punitive damages against the indicated Defendants in the amount of

$_____ .

_____
FOREPERSON

OR

We the jury find in favor of the Defendants and against the Plaintiff.

_____
FOREPERSON

48737577 v2