IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRANDON WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-00095-MU |
| | ) | |
| JEFFERSON DUNN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO COMPENSATE APPOINTED COUNSEL THROUGH THE SPECIAL ATTORNEY ADMISSION FUND**

Plaintiff moves for an Order of compensation for incurred expenses from the Special Attorney Admission Fund pursuant to Local Rule 67.1 (d), saying:

1. On February 18, 2020 Henry Brewster and Judson Crump were appointed in open court to represent the Plaintiff in his *pro se* 42 U.S.C. § 1983 Eighth Amendment lawsuit against members of the Alabama Department of Corrections (A.D.O.C) (Doc 172).

2. Brewster and Crump represented the Plaintiff, consulted with him frequently including one trip to Holman C.F., investigated the claims, spoke with witnesses, traveled to Montgomery A.D.O.C. offices to review and copy Defendants' personnel files, conducted written discovery and depositions, engaged in motion practice, prepared pretrial documents and pleadings, prepared for trial, and tried the case before a jury for four days.  The case resolved in a settlement satisfactory to all parties.

3. In the course of representing the Plaintiff, the undersigned counsel expended funds for reasonable and necessary litigation expenses including depositions, invoices from the

Alabama Department of Corrections for documents, copying charges, travel expenses, and other necessary and reasonable litigation expenses more fully listed on the attached Statement of Litigation Expenses, Exhibit 1. The undersigned in their billing judgment did not include related expenses including litigation related meals. All travel expense consisted of actual miles traveled billed at the current federal mileage reimbursement rate. The undersigned represents that all of the expenses listed on Exhibit 1 were both necessary, reasonable, and as cost-efficient as possible. In addition, all the expenses listed in Exhibit 1 have been paid with funds from the undersigned counsel.

WHEREFORE based upon the foregoing, the undersigned seek reimbursement from the special Attorney Admission Fund in the amount of Three Thousand Nine Hundred Sixty-Two dollars and Thirty-Five cents ($3,962.35) to be made out to Henry Brewster LLC.

Respectfully Submitted this 25th day of July, 2022.

/s/Henry Brewster
Henry Brewster (BREWH7737)
HENRY BREWSTER, LLC
205 N. Conception Street
Mobile, AL 36603
Phone: (251) 338-0630
Email: hbrewster@brewsterlaw.net

/s/Judson E. Crump
Judson E. Crump (CRUMJ0512)
JUDSON E. CRUMP, PC
250 Congress Street
Mobile, AL 36603
Phone: (251) 272-9148
Email: judson@judsonecrump.com

**COUNSEL FOR THE PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2022, a true and correct copy of the foregoing was filed with CM/ECF which will send notice to the following:

Stephen Rogers
srogers@maynardcooper.com

Michael David Strasavich
mstrasavich@burr.com

H. William Wasden
bwasden@burr.com

Taylor Barr Johnson
Taylor.barr@burr.com

*/s/ Henry Brewster*