Washington v. Dunn, et al.                    Statement of Expenses                    Exhibit 1
1:17-cv-00095-MU

The following expenses were incurred as the necessary and reasonable litigation expenses on behalf of Brandon Washington as Plaintiff in the case of Washington v. Dunn, et al. 1:17-cv-00095-MU. The firm of Henry Brewster, LLC has paid all these expenses as reflected in the attached invoices, receipts, and memos.

| DATE | Expense Name | Expense Amount |
|---|---|---|
| 1/29/2020 | Travel to Holman Prison to meet potential Client - 113 miles ($0.565) | $63.85 |
| 10/14/2020 | State of Alabama, Department of Corrections - discovery production documents | $327.00 |
| 3/3/2021 | State of Alabama, Department of Corrections - discovery production documents | $31.00 |
| 3/26/2021 | Travel to ADOC Montgomery - document review - 169 miles ($0.565) | $95.49 |
| 6/14/2021 | Alabama Court Reporting - Depo of David Dennis | $463.90 |
| 6/21/2021 | Alabama Court Reporting - Depo of Ernest Duran | $503.05 |
| 6/28/2021 | Alabama Court Reporting - Depo of William Streeter and Nathan McQuirter | $824.35 |
| 6/30/2021 | Alabama Court Reporting - Depo of Alfie Pacheco | $409.45 |
| 7/23/2021 | Travel to ADOC Montgomery and back to Mobile - document review - 338 miles ($0.565) | $190.97 |
| 9/20/2021 | ProLegal - Depo of Brandon Washington and Leon Carmichael, Jr. | $827.65 |
| 11/1/2021 | Integrity Investigations - Skip Trace for witness Timothy Vignolo | $45.00 |
| 7/21/2022 | Source One Legal Copy, Inc. - Trial Exhibit books (x4) | $147.20 |
| 7/29/2022 | Source One Legal Copy, Inc. - color copies of trial exhibits | $33.44 |
| | | $3,962.35 |

I declare under penalty of perjury that the foregoing information is true and correct.

10/25/22

Date

Signature - Henry Brewster