# EMPLOYEE EXPENSES REIMBURSEMENT REQUEST
## HENRY BREWSTER, LLC

Date: 1/29/20    Client or Office Reference: Brandon Washington

I have incurred the following expense(s) and request reimbursement in the amount of $ 63.85 .

_____
Signature

**Purchase Reimbursement:**

Describe Expense: Travel to meet w/ client at Holman CF

Please attach original receipt/invoice to this request.

**Travel Reimbursement:**

Date: 1/29/20    Destination: Atmore AL + Return
113 Miles at 56.5¢ per mile:    63.85
                                 └ round trip

*****************************************************************

EXHIBIT 1-A

# CHECK REQUEST FORM

**TODAY'S DATE:** _____

**DATE NEEDED:** _____  ☐ Next Bookkeeper Day

**CLIENT NAME:** Brandon Washington   **CLIENT CODE:** _____

**AMOUNT:** $ 327 —   (Circle One Please) TRUST/ **OPERATING** ACCT.

**PAYABLE TO:** ADOC

**ADDRESS:** _____
(If Applicable)
☐ See attached invoice

**REGARDING:**  Discovery production docs

**REQUESTED BY:** HB

**INFO:** _____

# 1047

---

**HENRY BREWSTER, LLC**
205 N. CONCEPTION ST.
MOBILE, AL 36603

Servis 1st Bank

001047
61-650/620

SERVISFIRST BANK
2 N. ROYAL ST
MOBILE, AL 36602

DATE 10/14/20

PAY TO THE ORDER OF  Alabama Dept of Corrections   $ 327.00

Three Hundred Twenty-Seven & 00/100   DOLLARS

IOLTA ACCOUNT

Memo

AUTHORIZED SIGNATURE

⑈001047⑈ ⑆062006505⑆ 1110376900⑈

# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
Research & Planning Division
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-9598

KAY IVEY
GOVERNOR

JEFFERSON S. DUNN
COMMISSIONER



## RECEIPT FOR SUBPOENA REQUESTS

### TOTAL ITEMIZED COSTS TO PRODUCE REQUEST

| | |
|---|---|
| 1 labor hour @ $23.00 per hour | = $23.00 |
| 32 black and white pages @ $1.00 per page | = $31.00 |
| 475 pages medical file<br>  Pursuant to Ala. Code §12-21-6.1 | = $255.00 |
| 2 CDs @ $5.00 | = $10.00 |
| $.48 postage @ current rate | = $8.00 |
| Total Cost of Production: | $327.00 |
| | |
| Final Payment Due: | $327.00 |

Payment Received from: _____

Form of Payment Made By: ____ Check   ____ Money Order

Description of Records Produced (list or describe all documents provided to requestor)

Inmate file of Brandon Washington (#283165) medical records of Brandon Washington (#283165), duty post/shift rosters, organizational chart for Holman, Investigative File

_Kristi Simpson_                                   _10-9-20_
ADOC Employee/Custodian Signature      Date

# CHECK REQUEST FORM

**TODAY'S DATE:** 3/3/21

**DATE NEEDED:** 3/3/21                          ☐ Next Bookkeeper Day

**CLIENT NAME:** Brandon Washington    **CLIENT CODE:** _____

**AMOUNT:** 31.00                                   (Circle One Please)
                                                    **TRUST** / OPERATING ACCT.

**PAYABLE TO:** State of Alabama, DOC

**ADDRESS:** _____
(If Applicable)
☐ See attached invoice

**REGARDING:** Washington, Brandon

**REQUESTED BY:** HB

**INFO:** Invoice for NPS docs.

---

**HENRY BREWSTER, LLC**
205 N. CONCEPTION ST.
MOBILE, AL 36603

Servis 1st Bank

SERVISFIRST BANK
2 N. ROYAL ST
MOBILE, AL 36602

001044
61-650/620

DATE 3/3/2021

PAY TO THE ORDER OF  State of Alabama, Department of Corrections    $ 31.00

Thirty-One & 00/100 _____ DOLLARS

IOLTA ACCOUNT

Memo: Washington v. Dunn et al. Non-Party Subpoena

AUTHORIZED SIGNATURE

⑈001044⑈ ⑆062006505⑆ 1110376900⑈




# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
Research & Planning Division
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-9598

**KAY IVEY**
GOVERNOR

**JEFFERSON S. DUNN**
COMMISSIONER

## RECEIPT FOR SUBPOENA REQUESTS

### TOTAL ITEMIZED COSTS TO PRODUCE REQUEST

<u>1</u> labor hour @ $23.00 per hour         = <u>$23.00</u>

___ black and white pages @ $1.00 per page    = <u>$0.00</u>

<u>1</u> CDs @ $5.00                          = <u>$5.00</u>

<u>$.48</u> postage @ current rate            = <u>$3.00</u>

Total Cost of Production:                    <u>$31.00</u>

Final Payment Due:                           <u>$31.00</u>

Payment Received from:_____

    Form of Payment Made By: ____ Check  ____ Money Order

Description of Records Produced (list or describe all documents provided to requestor)

<u>CD containing the Training Files of Pacheo, Dennis, Duren, McQuirter, Streeter</u>

_____        _____
ADOC Employee/Custodian Signature           Date

# EMPLOYEE EXPENSES REIMBURSEMENT REQUEST
## HENRY BREWSTER, LLC

Date: 3/26/21    Client or Office Reference: Brandon Washington

I have incurred the following expense(s) and request reimbursement in the amount of $_____.

_____HB_____
Signature

**Purchase Reimbursement:**

Describe Expense: Document review

Please attach original receipt/invoice to this request.

**Travel Reimbursement:** 95.49    YES

Date: 3/26/21   Destination: AL Dept Corrections Montgomery

169 Miles at 56.5¢ per mile: _____

( I can transfer from IOLTA → personal.   OK? )

**Alabama Court Reporting, Inc**
109 Jefferson St. North Suite 8
Huntsville, AL 35801
Phone: 877-478-3376



# Invoice #33744

| Date | Terms |
|---|---|
| 06/14/2021 | Due on receipt |

Henry R. Brewster, Esq.
Henry Brewster, L.L.C.
205 N. Conception Street
Mobile, AL 36603

---

**Depo/Job #32664 on 05/26/2021**

**Case:** Brandon Washington v. Jefferson Dunn, et al.

**Shipped On:** 06/14/2021
**Shipped Via:** Electronic Only
**Delivery Type:** Normal

| Description | Amount |
|---|---|
| **David Dennis** | |
| Appearance Fee Half Day | $ 75.00 |
| Transcript Original-Electronic (98 Pages) | $ 357.70 |
| Condensed w/Hyperlinks (fewer than 10 exhibits) & Word Index | $ 25.00 |
| Exhibits, Scanned (31 Pages) | $ 6.20 |
| Virtual/Zoom Connection (complimentary) | $ 0.00 |
| | $ 463.90 |
| Amount Due: | $ 463.90 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 463.90** |
| **Payment Due:** | **Upon Receipt** |

Tax ID - 47-3910921

Due on receipt; not contingent upon client payment. If paying by check, please include invoice number. There will be a 4% service fee added to all credit card payments.

*Pd by Servis 1st B.P Iolta account 6/14/21 from Brandon Washington ~~Iolta~~ trust fund.*

*Ck# 279*

3 invoices pd
total: $2,200.75
Case: Brandon Washington
1736.85
Pd 7/1/21
Servis 1st Bill Pay
from IOLTA
Conf # 284

**Alabama Court Reporting, Inc**
109 Jefferson St. North Suite 8
Huntsville, AL 35801
Phone: 877-478-3376



Henry R. Brewster, Esq.
Henry Brewster, L.L.C.
205 N. Conception Street
Mobile, AL 36603

# *Invoice #33814*

| Date | Terms |
|---|---|
| 06/21/2021 | Due on receipt |

| Depo/Job #32665 on 06/03/2021 |
|---|

**Case:** Brandon Washington v. Jefferson Dunn, et al.   **Shipped On:**
**Shipped Via:** Electronic Only
**Delivery Type:** Normal

| Description | Amount |
|---|---:|
| **Ernest Duren** | |
| Transcript Original-Electronic (101 Pages) | $ 368.65 |
| Appearance Fee Half Day | $ 75.00 |
| Condensed w/Hyperlinks (11-50 exhibits) & Word Index | $ 50.00 |
| Exhibits, Scanned (47 Pages) | $ 9.40 |
| Virtual/Zoom Connection (complimentary) | $ 0.00 |
| | $ 503.05 |

|  | Amount Due: | $ 503.05 |
|---|---|---:|
|  | Paid: | $ 0.00 |

| Balance Due: | $ 503.05 |
|---|---:|
| Payment Due: | Upon Receipt |

*Electronic delivery*
*Read & Sign sent c/o Mike Strasavich*

Tax ID - 47-3910921

Due on receipt; not contingent upon client payment. If paying by check, please include invoice number. There will be a 4% service fee added to all credit card payments.

**Alabama Court Reporting, Inc**
109 Jefferson St. North Suite 8
Huntsville, AL 35801
Phone: 877-478-3376



Henry R. Brewster, Esq.
Henry Brewster, L.L.C.
205 N. Conception Street
Mobile, AL 36603

## *Invoice #33903*

| Date | Terms |
|---|---|
| 06/28/2021 | Due on receipt |

**Depo/Job #32666 on 06/17/2021**

**Firm Case#:** 1:17-cv-00095
**Case:** Brandon Washington v. Jefferson Dunn, et al.
**Shipped On:**
**Shipped Via:** Electronic Only
**Delivery Type:** Normal

| Description | Amount |
|---|---:|
| **William Streeter  Vol: 1** | |
| Appearance Fee Full Day | $ 150.00 |
| Transcript Original-Electronic (104 Pages) | $ 379.60 |
| Condensed w/Hyperlinks (fewer than 10 exhibits) & Word Index | $ 25.00 |
| Exhibits, Scanned (9 Pages) | $ 1.80 |
| Tablet/Laptop Provided for Video Conference (Per Day) | $ 100.00 |
| Virtual/Zoom Connection (complimentary) | $ 0.00 |
| | $ 656.40 |
| **Nathan McQuirter  Vol: 1** | |
| Transcript Original-Electronic (39 Pages) | $ 142.35 |
| Condensed w/Hyperlinks (fewer than 10 exhibits) & Word Index | $ 25.00 |
| Exhibits, Scanned (3 Pages) | $ 0.60 |
| | $ 167.95 |
| Amount Due: | $ 824.35 |
| Paid: | $ 0.00 |

| Balance Due: | $ 824.35 |
|---|---:|
| Payment Due: | Upon Receipt |

Tax ID - 47-3910921

Due on receipt; not contingent upon client payment.  If paying by check, please include invoice number.  There will be a 4% service fee added to all credit card payments.

**Alabama Court Reporting, Inc**
109 Jefferson St. North Suite 8
Huntsville, AL 35801
Phone: 877-478-3376



Henry R. Brewster, Esq.
Henry Brewster, L.L.C.
205 N. Conception Street
Mobile, AL 36603

# Invoice #33937

| Date | Terms |
|---|---|
| 06/30/2021 | Due on receipt |

**Depo/Job #32667 on 06/18/2021**

**Firm Case#:** 1:17-cv-00095
**Case:** Brandon Washington v. Jefferson Dunn, et al.

**Shipped On:** 06/30/2021
**Shipped Via:** Electronic Only
**Delivery Type:** Normal

| Description | Amount |
|---|---|
| **Alfie Pacheco  Vol: 1** | |
| Appearance Fee Half Day | $ 75.00 |
| Transcript Original-Electronic (57 Pages) | $ 208.05 |
| Tablet/Laptop Provided for Video Conference (Per Day) | $ 100.00 |
| Condensed w/Hyperlinks (fewer than 10 exhibits) & Word Index | $ 25.00 |
| Exhibits, Scanned (7 Pages) | $ 1.40 |
| Virtual/Zoom Connection (complimentary) | $ 0.00 |
| | $ 409.45 |
| Amount Due: | $ 409.45 |
| Paid: | $ 0.00 |

| Balance Due: | $ 409.45 |
|---|---|
| Payment Due: | Upon Receipt |

Tax ID - 47-3910921

Due on receipt; not contingent upon client payment.  If paying by check, please include invoice number.  There will be a 4% service fee added to all credit card payments.

# EMPLOYEE EXPENSES REIMBURSEMENT REQUEST
## HENRY BREWSTER, LLC

Date: 7/23/21   Client or Office Reference: Washington

I have incurred the following expense(s) and request reimbursement in the amount of $ 190.97.

_____
Signature

**Purchase Reimbursement:**

Describe Expense: Travel to ADOC HQ in Montgomery to review + copy AS' pers. files

Please attach original receipt/invoice to this request.

**Travel Reimbursement:**

Date: 7/23/21   Destination: Montgomery + return
338 Miles at 56.5¢ per mile: $ 190.97

10ax2

************************************************************************

# INVOICE

1 of 1

**PrØLEGAL**
COURT REPORTING
54-56 N. Royal Street Mobile, AL 36602
251.433.2678
www.Prolegalreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5516 | 9/20/2021 | 3554 |
| **Job Date** | **Case No.** ||
| 6/28/2021 | 1:17-cv-00087-KD-MU ||
| **Case Name** |||
| LEON CARMICHAEL, JR. v. CHARLES ARTHUR, et al. |||
| **Payment Terms** |||
| Due upon receipt |||

Henry Brewster
Henry Brewster, LLC
205 N. Conception Street

Mobile, AL 36603

---

1 COPY OF TRANSCRIPT OF:
    Leon Carmichael, Jr.                                                                                       422.95
        Exhibit                                         6.00  Pages    @    0.350         2.10
        Condensed                                       1.00             @    15.000       15.00

**TOTAL DUE >>>**                                                                                                  **$440.05**

Location of Job  : ALL PARTIES REMOTE
                        Mobile, AL

(-) Payments/Credits:                 0.00
(+) Finance Charges/Debits:           0.00
(=) New Balance:                  $440.05

*[Handwritten:]* pd SF BP IOLTA account (SRC) loan for Brandon Washington
& pd. 9/24/21 Conf # 327    387.60
                            $827.65 ✓

**Tax ID:** 83-3187057

*Please detach bottom portion and return with payment.*

---

Henry Brewster
Henry Brewster, LLC
205 N. Conception Street

Mobile, AL 36603

Invoice No.   : 5516
Invoice Date  : 9/20/2021
**Total Due**     : **$440.05**

Remit To: **Prolegal Reporting**
            **54-56 N. Royal Street**
            **Mobile, AL 36602**

Job No.    : 3554
BU ID      : 1-MAIN
Case No.   : 1:17-cv-00087-KD-MU
Case Name  : LEON CARMICHAEL, JR. v. CHARLES ARTHUR, et al.

**PR☘LEGAL**
COURT REPORTING
54-56 N. Royal Street Mobile, AL 36602
251.433.2678
www.Prolegalreporting.com

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5517 | 9/20/2021 | 3555 |
| **Job Date** | **Case No.** ||
| 6/29/2021 | 1:17-cv-00095-MU ||
| **Case Name** |||
| BRANDON WASHINGTON v. JEFFERSON DUNN, et al. |||
| **Payment Terms** |||
| Due upon receipt |||

Henry Brewster
Henry Brewster, LLC
205 N. Conception Street

Mobile, AL 36603

1 COPY OF TRANSCRIPT OF:
    Brandon Washington      134.00 Pages @ 2.650    355.10
        Condensed      1.00 @ 15.000    15.00
        Flash Drive W/Depo & Exhibits      1.00 Disks @ 17.500    17.50

**TOTAL DUE >>>**    **$387.60**

Location of Job    : ALL PARTIES REMOTE
                    Mobile, AL

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$387.60**

**Tax ID:** 83-3187057

*Please detach bottom portion and return with payment.*

Henry Brewster
Henry Brewster, LLC
205 N. Conception Street

Mobile, AL 36603

Invoice No.   : 5517
Invoice Date  : 9/20/2021
**Total Due**    : **$387.60**

**Remit To: Prolegal Reporting
           54-56 N. Royal Street
           Mobile, AL 36602**

Job No.      : 3555
BU ID       : 1-MAIN
Case No.     : 1:17-cv-00095-MU
Case Name   : BRANDON WASHINGTON v. JEFFERSON DUNN, et al.

**Integrity Investigations, LLC**
P.O. Box 91893
Mobile, AL 36691
(251) 660-1191
(251) 660-1192 fax
Integrityofala@aol.com

# Invoice

**Invoice #:** 21-22431
**Invoice Date:** 11/1/2021
**Due Date:** 12/1/2021
**Case:** Timothy Vignolo

**Bill To:**
Henry Brewster, LLC
205 N. Conception Street
Mobile, Alabama 36603

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Re: Timothy Vignolo<br>Assignment: Locate<br>Integrity Case #: 21-22431<br><br>Skiptrace Search on Timothy Vignolo | 1 | 45.00 | 45.00 |

*handwritten notes:* pd 11/1/21  Servis 1ST ~~TOALTA~~ IOLTA - Bill Pay #351  Brandon Washington

| | | |
|---|---|---|
| WE APPRECIATE YOUR BUSINESS! | Integrity Tax ID No.: 30-0002010 | **Total** $45.00 |
| *All payments are due within thirty (30) days of the invoice date. Late payments are subject to a monthly 5% late fee. Payments not received within ninety (90) days will be forwarded to collections. Payments can be made by cash, check or credit card (4.2% fee applies to credit card transactions).* | **Payments/Credits** | $0.00 |
| | **Balance Due** | $45.00 |

Source One Legal Copy, Inc.

110 Dauphin Street
Mobile, AL 36602
Tel no. 251.438.2679
Tax ID 20-2405319

# Invoice

| Date | Invoice # |
|---|---|
| 7/21/22 | 312735 |

**Bill To**

HENRY BREWSTER
205 NORTH CONCEPTION STREET
MOBILE, AL  36603

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| B&W Copies | 476 | 0.115 | 54.74T |
| Color Prints | 20 | 0.95 | 19.00T |
| Tabs | 136 | 0.28 | 38.08T |
| 1" - 3 Ring Binder | 4 | 5.50 | 22.00T |
| Reference -BRANDON v DUNN | | | |
| Case # 17-00095 | | | |
| Sales Tax | | 10.00% | 13.38 |

paid 7/27/22
S.F. IOLTA account
Brandon Washington (SPLC loan fund)
Conf # 473

| | Total | $147.20 |
|---|---|---|
| **Thanks for using Source One** | **Payments/Credits** | $0.00 |
| | **Balance Due** | **$147.20** |

Source One Legal Copy, Inc.

110 Dauphin Street
Mobile, AL 36602
Tel no. 251.438.2679
Tax ID 20-2405319

# Invoice

| Date | Invoice # |
|---|---|
| 7/29/22 | 312751 |

| Bill To |
|---|
| MICHELE POTTER<br>HENRY BREWSTER, LLC<br>205 NORTH CONCEPTION ST.<br>MOBILE, AL 36603 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Description | QTY | Rate | Amount |
|---|---|---|---|
| Color Prints | 32 | 0.95 | 30.40T |
| Reference - From email today |  |  |  |
| Sales Tax |  | 10.00% | 3.04 |

*Pd 8/6/22 by Savis 1st Bill Pay Conf # 480*

*Brandon Washington (SPLC IOLTA)*

| | Total | $33.44 |
|---|---|---|
| **Thanks for using Source One** | **Payments/Credits** | $0.00 |
| | **Balance Due** | $33.44 |